*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
2/13/2008

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ROWE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR  01-20059 JW -01 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [~~PROPOSED~~] (as modified) ORDER** |
| DAVID ROWE, | ) | |
| Defendant. | ) | |

## STIPULATION

Counsel for defendant David Rowe and the government hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, March 17, 2008, at 1:30 p.m., be continued to Monday, June 16, 2008, at 1:30 p.m.

The parties agree that the hearing should be continued because Mr. Rowe may be a witness at the trial of his co-defendant, Waylon McMullen. At this time, Mr. McMullen's trial date is expected to be determined at his next appearance in April, 2008.  Accordingly, Mr. Rowe's sentencing proceedings should be delayed until Mr. McMullen has either proceeded to trial or entered a guilty plea.  Additionally, the discovery in this matter is voluminous, and the Probation Officer will require additional time to review it.

Probation Officer Charlie Mabie has been contacted and has no objection to the request.

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 01-20059 JW                          1

Dated: 2/12/08                                    _____/s/_____
                                                  LARA S. VINNARD
                                                  Counsel for David Rowe

Dated: 2/12/08                                    _____/s/_____
                                                  DAVID CALLAWAY
                                                  Assistant United States Attorney

### *** <u>ORDER AS MODIFIED BY THE COURT</u> ***

The Court GRANTS the parties' request to continue the sentencing of David Rowe from March 17, 2008 to **June 16, 2008 at 1:30 PM**. **The Court will not entertain further requests by the parties for continuance.** The Court does allow the Probation Officer, Charlie Mabie, to make a further request to continue the sentencing hearing if it is necessary to complete the Presentence Investigation Report.

The Court sets the following deadlines in preparation of the Sentencing Hearing:
    1. Parties are to disclose discovery to the Probation Officer no later than **March 15th, 2008.**
    2. On or before **April 18, 2008**, the defendant is to be made available to the Probation Officer to conduct an interview in preparation of a presentence investigation report.

The Court notes the parties' anticipation of David Rowe to be used as a witness in the potential trial of the co-defendant, Waylon McMullen. The Court does not view this as a handicap to proceed in the preparation of the Sentencing for David Rowe and will proceed with Sentencing as outlined.

Dated: February 13, 2008                          _____/s/ James Ware_____
                                                  United States District Judge

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 01-20059 JW                    2