1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant ROWE

6

                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN JOSE DIVISION
9

10  UNITED STATES OF AMERICA,        )  No. CR        01-20059 JW
                                     )
11              Plaintiff,           )  **STIPULATION TO CONTINUE**
                                     )  **SENTENCING HEARING; [PROPOSED]**
12  v.                               )  **ORDER**
                                     )
13  DAVID ROWE, et al.,              )
                                     )
14              Defendants.          )
    _____)

15                          **STIPULATION**

16          Counsel for defendant David Rowe and the government hereby stipulate that, subject to

17  the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled

18  for Monday, October 6, 2008, at 1:30 p.m., be continued to Monday, October 27, 2006, at 1:30

19  p.m.

20          This matter was recently rescheduled to a date on which defendant David Rowe is

21  unavailable.  At the time that the hearing date was selected, defense counsel did not realize that

22  Mr. Rowe has plans to attend the wedding of an extended family member during the same time

23  period.  Accordingly, the parties agree that the sentencing hearing should be continued.

24          With respect to the status of sentencing in this matter, the draft presentence report has

25  been prepared and provided to the parties.  Defense counsel has submitted objections to the

26  report, which the Probation Office is considering.  Probation Officer Charlie Mabie has been

STIPULATION TO CONTINUE
SENTENCING; [PROPOSED] ORDER
No. CR 01-20059 JW                              1

1  contacted regarding the proposed continuance, and has no objection to the new date.

2  Dated: September 9, 2008                          _____/s/_____
                                                     LARA S. VINNARD
3                                                    Counsel for David Rowe

4
   Dated: September 15, 2008                         _____/s/_____
5                                                    DAVID CALLAWAY
                                                     Assistant United States Attorney
6
                                    **ORDER**
7
          This matter is set for sentencing on October 6, 2008.  The parties have requested a
8
   continuance on grounds that defendant David Rowe has prearranged plans to attend a wedding
9
   during the same time period.
10
          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in
11
   this matter be continued to Monday, October 27, 2008, at 1:30 p.m.
12

13
   Dated:    September 22, 2008                       _____
14                                                   JAMES WARE
                                                     United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
SENTENCING; [PROPOSED] ORDER
No. CR 01-20059 JW                    2