BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ROWE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DAVID ROWE,<br><br>             Defendant. | No. CR 01-20059 JW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

## STIPULATION

Counsel for defendant David Rowe and the government hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, October 27, 2008, at 1:30 p.m., be continued to Monday, November 17, 2008, at 1:30 p.m.

The parties agree that the hearing should be continued because the Probation Office, through an apparent oversight, has not yet released its final PSR to the parties, and the government is awaiting the final PSR before making a 5K motion to the U.S. Attorney's 5K Committee. The parties have spoken with the Probation Officer, who stated that the final PSR would be provided to the parties via facsimile today, October 16, 2008, and that it was not provided earlier through an oversight. Once the parties receive the report, the government

anticipates that it will need approximately one additional week for the 5K motion to be considered by its office. The parties request that the matter be continued to November 17 because that is the next date on which all counsel and the Probation Officer are available.

Probation Officer Charlie Mabie has been contacted and has no objection to the request.

Dated: 10/16/08  
_____/s/_____  
LARA S. VINNARD  
Counsel for David Rowe

Dated: 10/16/08  
_____/s/_____  
DAVID CALLAWAY  
Assistant United States Attorney

### ORDER

This matter is set for sentencing on October 27, 2008. The parties have requested a continuance on grounds that the parties have not yet received the final PSR from the Probation Office, and the government requires time after receiving the final PSR to submit a 5K motion to the U.S. Attorney's 5K Committee.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued to Monday, November 17, 2008, at 1:30 p.m.

Dated: October 23, 2008  
_____  
JAMES WARE  
United States District Judge

STIPULATION TO CONTINUE SENTENCING  
HEARING; [PROPOSED] ORDER  
No. CR 01-20059 JW            2