1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant ROWE

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

    UNITED STATES OF AMERICA,          )   No. CR 01-20059 JW
12                                      )
                    Plaintiff,          )
13                                      )   **STIPULATION TO CONTINUE**
    v.                                  )   **SENTENCING HEARING; [PROPOSED]**
14                                      )   **ORDER**
    DAVID ROWE,                         )
15                                      )
                    Defendant.          )
16  _____    )

17                            **STIPULATION**

18       Counsel for defendant David Rowe and the government hereby stipulate that, subject to

19  the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled

20  for Monday, November 17, 2008, at 1:30 p.m., be continued to Monday, December 15, 2008, at

21  1:30 p.m.

22       The parties agree that the hearing should be continued because the U.S. Attorney's Office

23  requires additional time to assess the extent of a departure to recommend in this case based on

24  Mr. Rowe's substantial assistance.

25  ///

26  ///

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 01-20059 JW                          1

1    Sheila John, Supervisory Probation Officer for Officer Charlie Mabie, has been contacted

2  and has no objection to the request.

3

4  Dated: 11/12/08                                    _____/s/_____
                                                      LARA S. VINNARD
5                                                     Counsel for David Rowe

6
   Dated: 11/12/08                                    _____/s/_____
7                                                     DAVID CALLAWAY
                                                      Assistant United States Attorney
8

9                                      **ORDER**

10      This matter is set for sentencing on November 17, 2008.   The parties have requested a

11  continuance on grounds that the government requires additional time to consider the extent of a

12  departure based on substantial assistance.

13      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in

14  this matter be continued to Monday, December 15, 2008, at 1:30 p.m.

15      IT IS SO ORDERED.

16

17  Dated:    November 13, 2008            _____
                                                      JAMES WARE
18                                                    United States District Judge

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 01-20059 JW                          2