BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ROWE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-20059 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING; [PROPOSED]** |
| | ) | **ORDER** |
| DAVID ROWE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION**

Counsel for defendant David Rowe and the government hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, December 15, 2008, at 1:30 p.m., be continued to Monday, February 2, 2009, at 1:30 p.m.

At this time, the U.S. Attorney's Office is still considering the extent of a departure to recommend in this case based on Mr. Rowe's substantial assistance. Additionally, the government has uncovered a new avenue through which Mr. Rowe may provide assistance to the government, and the government and the defense have been engaged in ongoing discussions regarding this issue. Finally, once the government has finalized its assessment of Mr. Rowe's assistance, the defense will require sufficient lead time of approximately eight to ten days prior to

1  the sentencing hearing in order to submit a request for travel funds to the Court.  Should the
2  Court authorize the funds, the U.S. Marshals will purchase an airline ticket for Mr. Rowe, but the
3  Marshals have requested adequate time (at least a week) to purchase the ticket prior to the date
4  set for the sentencing hearing.
5       The defense has left voicemail messages for Probation Officer Charlie Mabie regarding
6  this request, but has not yet received a response.  In the event that Officer Mabie is not available
7  on the proposed date, the parties would request to advance or continue the hearing date, as
8  necessary.

9  Dated: 12/9/08                                                  _____/s/_____
                                                                              LARA S. VINNARD
10                                                                           Counsel for David Rowe

11
    Dated: 12/10/08                                              _____/s/_____
12                                                                           DAVID CALLAWAY
                                                                              Assistant United States Attorney
13

## ORDER

15  This matter is set for sentencing on December 15, 2008.  The parties have requested a
16  continuance on the following grounds: the government requires additional time to consider the
17  extent of a departure based on substantial assistance; the parties are in discussions regarding an
18  additional avenue through which Mr. Rowe may provide assistance; and the defense requires
19  sufficient lead time prior to the sentencing hearing to ensure that the U.S. Marshals can purchase
20  his airline ticket.
21       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in
    this matter be continued to Monday, February 2, 2009, at 1:30 p.m.

23  Dated:   December 11, 2008                               _____
24                                                                           JAMES WARE
                                                                              United States District Judge
25

26  CC: USMS

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 01-20059 JW                                               2