1  GEOFFREY A. HANSEN
   Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DAVID FRANK ROWE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,            )   No. CR 01-20059 JW
                                        )
12              Plaintiff,              )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING HEARING DATE
13 vs.                                  )
                                        )
14 DAVID FRANK ROWE,                    )
                                        )
15              Defendant.              )
   _____)
16

17                              **STIPULATION**

18       Defendant David Frank Rowe, by and through Assistant Federal Public Defender Heather

19 R. Rogers, and the United States, by and through Assistant United States Attorney David

20 Callaway, with no opposition by Probation Officer Janie Zhuang, hereby stipulate that, with the

21 Court's approval, the preliminary revocation hearing currently set for Tuesday, January 31, at

22 9:30 a.m., before Magistrate Judge Paul Singh Grewal, shall be continued to Thursday, February

23 23, 2012, at 1:30 p.m.

24       The reason for the requested continuance is that Mr. Rowe lives out-of-state (in Texas),

25 has a medical condition prohibiting flying and funding concerns that would make attendance at

26 the currently scheduled hearing very difficult, and the defense requires additional time to

Stipulation and [Proposed] Order Continuing
Hearing, 01-20059 (JW)                          1

1 effectively prepare and investigate this case in anticipation of a resolution.  The parties therefore

2 respectfully request a continuance to February 23, 2012, at 1:30 p.m.

3 Dated: January 26, 2012

4                                                       /s/
HEATHER ROGERS
Assistant Federal Public Defender

6 Dated:   January 26, 2012                                /s/
DAVID CALLAWAY
Assistant United States Attorney

9 **[PROPOSED] ORDER**

10 GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that the hearing currently set for  Tuesday, January 31, 2012, at 9:30 a.m., before

12 Magistrate Judge Paul Singh Grewal, shall be continued to Thursday, February 23, 2012, at 1:30

13 p.m.

14 IT IS SO ORDERED.

15 Dated: "Icpwct{ "49."4234                                          _____
PAUL S. GREWAL
United States Magistrate Judge

Stipulation and [Proposed] Order Continuing
Hearing, 01-20059 (JW)                   2